IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **2:12cr51** |
| | ) | **Electronic Filing** |
| **SUSAN ROWAN** | ) | |

## ORDER OF COURT

AND NOW, this 7th day of March, 2013,

IT IS ORDERED that the conditions of defendant's bond are hereby modified to allow the defendant to travel to West Virginia for employment purposes only.

s/ DAVID STEWART CERCONE
David Stewart Cercone
United States District Judge

cc: James T. Kitchen, AUSA
Linda E.J. Cohn, Esquire
Pretrial Services

(*Via CM/ECF Electronic Mail*)